**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 04, 2025

Mr. Mark S. Demorest
Demorest Law Firm
322 W. Lincoln Avenue
Royal Oak, MI 48067

Ms. Jennifer Ann Dukarski
Butzel Long
101 N. Main
Suite 200
Ann Arbor, MI 48104

Re:  Case No. 25-1110, *J. Halderman v. Herring Networks, Inc., et al*
      Originating Case No. : 2:24-mc-51057

Dear Counsel,

   This appeal has been docketed as case number **25-1110** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **February 18, 2025**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

          Appellant:    Appearance of Counsel
                        Civil Appeal Statement of Parties & Issues

                       Disclosure of Corporate Affiliations
                       Application for Admission to 6th Circuit Bar (if applicable)

Appellee:     Appearance of Counsel
                       Disclosure of Corporate Affiliations
                       Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                           Sincerely yours,

                                           s/Roy G. Ford
                                           Case Manager
                                           Direct Dial No. 513-564-7016

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-1110

J. ALEX HALDERMAN

        Plaintiff - Appellee

v.

HERRING NETWORKS, INC., dba One America New Network; CHARLES HERRING; ROBERT HERRING, SR.; CHANEL RION

        Defendants - Appellants