UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1110**

Case Title: **J. Halderman** vs. **Herring Networks, Inc., et al.**

List all clients you represent in this appeal:

**J. Alex Halderman**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent    ☐ Intervenor       (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Mark S. Demorest**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David D. Cross**        Signature: s/ **David D. Cross**

Firm Name: **Goodwin Procter LLP**

Business Address: **1900 N St. NW**

City/State/Zip: **Washington, D.C. 20036-1612**

Telephone Number (Area Code): **202-346-4000**

Email Address: **dcross@goodwinlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---