UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1110**

Case Title: **J. Halderman** vs. **Herring Networks, Inc., et al.**

List all clients you represent in this appeal:

**J. Alex Halderman**

☐ Appellant         ☐ Petitioner         ☐ Amicus Curiae         ☐ Criminal Justice Act
☒ Appellee          ☐ Respondent         ☐ Intervenor                    (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christopher J.C. Herbert**     Signature: s/ **Christopher J.C. Herbert**

Firm Name: **Goodwin Procter LLP**

Business Address: **100 Northern Ave.**

City/State/Zip: **Boston, MA 02210**

Telephone Number (Area Code): **617-570-1231**

Email Address: **cherbert@goodwinlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---