No. 25-1110 & No. 25-1531

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

J. ALEX HALDERMAN,

*Plaintiff–Appellee,*

v.

HERRING NETWORKS, INC.,
d/b/a One America News;
CHARLES HERRING;
ROBERT HERRING, SR.; and
CHANEL RION,

*Defendants–Appellants.*

---

**MOTION TO CONSOLIDATE APPEALS**

Defendants-Appellants Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion requests that the Court consolidate the appeal in No. 25-1110 and No. 25-1531.[1] In support of this motion, counsel states:

1. These appeals relate to a defamation case pending in the U.S. District Court for the District of Columbia, brought by U.S. Dominion, Inc., and others seeking $1.75 billion in damages for statements that problems in the November 2020 election, like those experienced in Antrim County, Michigan, were caused by Dominion software glitches, and not solely human error.

---

[1] We note that Ms. Rion has been dismissed from the underlying action. We will take steps to dismiss her from this appeal after conferring with counsel for Halderman.

2. In connection with that litigation, the defendants subpoenaed J. Alex Halderman for deposition. Halderman, who is located in Michigan, moved to quash the subpoena in the U.S. District Court for the Eastern District of Michigan. The court granted the motion. The first appeal, No. 25-1110, challenges the order quashing the subpoena.

3. Due to late productions of new, relevant documents involving Halderman from the Michigan Department of State, and after noticing the first appeal, the defendants returned to the Eastern District of Michigan and filed a Rule 62.1 motion for an indicative ruling under Rule 59(e) on the expanded record. This Court held the first appeal in abeyance pending a ruling on the Rule 62.1 motion.

4. The district court recently denied the Rule 62.1 motion. The defendants amended their notice of appeal to include the order denying that motion.

5. The issues on appeal from these two orders are intertwined and only one brief on appeal is required. We respectfully submit that it would be in the interest of judicial economy and the economy of the parties for the appeals to be consolidated.

///
///
///
///
///
///
///

WHEREFORE, we respectfully request that the Court consolidate the two appeals and impose a unified briefing schedule.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BUTZEL LONG, P.C. |
| Dated:  July 1, 2025 | /s/ *Joseph E. Richotte* |
|  | Joseph E. Richotte |
|  | Michigan Bar No. P70902 |
|  | Jennifer A. Dukarski |
|  | Michigan Bar No. P74257 |
|  | 101 N. Main St. #200 |
|  | Ann Arbor, MI  48104 |
|  | (734) 995-3110 |
|  | richotte@butzel.com |
|  | dukarski@butzel.com |
| 200545092.1 | *Counsel for Defendants* |
|  |  |
|  | JACKSON WALKER, LLP |
| Dated:  July 1, 2025 | /s/ *Charles L. Babcock* |
|  | Charles L. Babcock |
|  | Texas Bar No. 01479500 |
|  | Christina M. Vitale |
|  | Texas Bar No. 24077610 |
|  | 1401 McKinney St. #1900 |
|  | (713) 752-4200 |
|  | cbabcock@jw.com |
|  | cvitale@jw.com |
|  | *Counsel for Defendants* |