Nos. 25-1531, 25-1110

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

J. ALEX HALDERMAN
*Plaintiff-Appellee,*

v.

HERRING NETWORKS, INC., dba One America News Network; CHARLES HERRING; ROBERT HERRING, SR.
*Defendants-Appellants.*

_____

Appeal From the United States District Court
For the Eastern District of Michigan
No. 2:24-mc-51057
Honorable David M. LAWSON

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS PRINCIPAL BRIEF**

David D. Cross
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
dcross@goodwinlaw.com

Christopher J.C. Herbert
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
cherbert@goodwinlaw.com

August 19, 2025                    *Counsel for Plaintiff-Appellee*

Pursuant to Federal Rule of Appellate Procedure 26 and Sixth Circuit Rule 26, Plaintiff-Appellee J. Alex Halderman respectfully moves for a two-week extension of time, to and including September 29, 2025, within which to file his principal brief in this appeal. In support of this motion, counsel state as follows:

1. Defendants-Appellants filed their opening brief on August 18, 2025.

2. Dr. Halderman's principal brief is currently due on September 15, 2025. He has not previously sought an extension of time to file his principal brief.

3. Good cause exists for the requested extension. The undersigned counsel were newly retained to represent Dr. Halderman in this appeal; accordingly, they require additional time to familiarize themselves with the record and the proceedings below.

4. The requested extension is also necessary due to the other professional and personal obligations of counsel. Dr. Halderman's appellate counsel, David D. Cross and Christopher J.C. Herbert, are currently occupied on other pressing litigation matters. Mr. Cross will be busy with at least four depositions in four different cities over the next several weeks in cases pending in the United States District Court for the Middle District of Tennessee and the District of Columbia Superior Court. Mr. Herbert is preparing briefs to be filed in the Massachusetts Supreme Judicial Court on August 28, 2025, and the Massachusetts Appeals Court on September 16, 2025. In addition, both Mr. Cross and Mr. Herbert are currently

1

on long-planned family vacations. These commitments will limit counsel's ability to prepare and file Dr. Halderman's opening brief by September 15, 2025.

5. Counsel for Dr. Halderman conferred with counsel for Defendants-Appellants, who do not oppose the requested extension.

For the foregoing reasons, Dr. Halderman respectfully requests a two-week extension of time within which to file his principal brief, to and including September 29, 2025.

Dated: August 19, 2025

Respectfully submitted,

*/s/ David D. Cross*
David D. Cross
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
dcross@goodwinlaw.com

Christopher J.C. Herbert
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
cherbert@goodwinlaw.com

*Counsel for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ David D. Cross*
David D. Cross

*Counsel for Plaintiff-Appellee*