No. 25–1110 & No. 25–1531

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

J. ALEX HALDERMAN,
*Plaintiff–Appellee,*

v.

HERRING NETWORKS, INC.,
d/b/a One America News;
CHARLES HERRING; and
ROBERT HERRING, SR.,

*Defendants–Appellants.*

**STIPULATION OF VOLUNTARY DISMISSAL**

Under Federal Rule of Appellate Procedure 42(b)(1), Plaintiff-Appellee J. Alex Halderman and Defendants-Appellants Herring Networks, Inc., Charles Herring, and Robert Herring, Sr., stipulate to the voluntary dismissal of the above-captioned consolidated appeals.

The parties further stipulate that each party shall bear its own costs, and that all court fees relating to these appeals have been paid.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 6, 2025 | /s/ *Joseph E. Richotte* |
|  | Joseph E. Richotte |
|  | Michigan Bar No. P70902 |
|  | Jennifer A. Dukarski |
|  | Michigan Bar No. P74257 |

– 2 –

BUTZEL
101 N. Main St. #200
Ann Arbor, MI  48104
(734) 995-3110
richotte@butzel.com
dukarski@butzel.com
*Counsel for Defendants–Appellants*

JACKSON WALKER LLP
Charles L. Babcock
Christina M. Vitale
1401 McKinney St. #1900
(713) 752-4200
cbabcock@jw.com
cvitale@jw.com
*Counsel for Defendants–Appellants*

| | |
|---|---|
| Dated:  October 6, 2025 | /s/  *David D. Cross* |

GOODWIN PROCTER LLP
David D Cross
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4000
dcross@goodwinlaw.com

Christopher J.C. Herbert
100 Northern Avenue
Boston, MA 02210
(617) 570-1231
cherbert@goodwinlaw.com
*Counsel for Plaintiff-Appellee*

200818770.1